PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Gregory Gillens**                                                    Docket No. **18-5045-2**

### Petition for Action on Conditions of Pretrial Release

COMES NOW VINCENT IMBROSCIANO PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Gregory Gillens**, who was placed under pretrial release supervision by the **HONORABLE TONIANNE J. BONGIOVANNI, UNITED STATES MAGISTRATE JUDGE** sitting in the Court at **Trenton, New Jersey**, on **December 6, 2018**, under the following conditions:

1. $150,000 Appearance Bond secured by property located at 62 Williamson Ave, Hillside, NJ.
2. Pretrial Services supervision.
3. Rita Gillens to act as third party custodian.
4. Travel restricted to New Jersey, unless approved by Pretrial Services.
5. Surrender passport/travel documents. Do not reapply.
6. Drug testing and/or treatment as directed by Pretrial Services.
7. Defendant to reside with his cousin, Rita Gillens, at 318 W. Grand Street, Elizabeth, NJ unless approved by Pretrial Services.
8. No contact with co-defendants unless in presence of counsel.
9. Home Incarceration with electronic monitoring.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **1. Mental health testing and/or treatment as directed by Pretrial Services. 2. Alcohol testing and/or treatment as directed by Pretrial Services. 3. Refrain from the excessive use of alcohol.**

ORDER OF COURT

Considered and ordered this 12th day of June, 2019 and ordered filed and made a part of the records in the above case.

_____
HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2019

_____
VINCENT IMBROSCIANO
United States Pretrial Services Officer